**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK ANDERSON, on behalf of himself and
all others similarly situated,

Plaintiffs,

-against-

Adoreme, Inc.,

Defendant.

Case No: 1:24-cv-03131-RPK-SJB

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


Dated:   Hicksville, New York
         October 30, 2024

New York, New York
October 30, 2024


**MARS KHAIMOV LAW, PLLC**

By: *Mars Khaimov, Esq.*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**GREENBERG TRAURIG, P.A.**

By: *Nicholas Anthony Corsano*
Nicholas Anthony Corsano, Esq.
One Vanderbilt Avenue
New York, NY 10017
corsanon@gtlaw.com
*Attorneys for Defendant*